1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9  IN THE MATTER OF THE SEARCH
   OF THE PREMISES KNOWN AS:           Case No. 2:18-mj-433-GWF
10
   Items recovered from the consensual  **ORDER TO UNSEAL CASE**
11 search of - 4528 W. Craig Rd, #150,
   North Las Vegas, NV 89032
12

13         Based on the Motion of the Government, and good cause appearing therefore,

14 IT IS HEREBY ORDERED that the instant case shall be unsealed.

15         **DATED** this 1st day of October, 2021.

16         *[signature]*

17         _____
           HONORABLE ELAYNA J. YOUCHAH
18         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

3